In the Matter of FRANK MOSNER, Appellant, against AMBROSE J. HADDOCK, a City Magistrate of the City of New York, as and Constituting the Municipal Term, Borough of Manhattan, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley,

Glennon, Untermyer and Dore, JJ.; Untermyer, J., concurs on the ground that prohibition is not the proper remedy since the determination of the City Magistrate can be adequately reviewed by appeal. (Civ. Prac. Act, § 1285; *People ex rel. Livingston* v. *Wyatt*, 186 N. Y. 383.) [181 Misc. 486.]